FRED ADEE, Appellant, *v.* NASSAU ELECTRIC RAILROAD COMPANY et al., Respondents.

*Adee* v. *Nassau Electric R. R. Co.,* 65 App. Div. 529, affirmed.
(Argued December 1, 1902; decided December 16, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 19, 1901, affirming a judgment in favor of defend-

ants entered upon a dismissal of the complaint by the court on trial at Special Term.

*William J. Carr, Edward M. Grout* and *Paul Grout* for appellant.

*Augustus Van Wyck, Frank H. Platt* and *Charles W. Church, Jr.*, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.